**UNITED STATES of America**

v.

**Alma I. COPELAND et al.**

**No. 17245.**

United States Court of Appeals
Eighth Circuit.

Sept. 20, 1963.

Miles W. Lord, U. S. Atty., and John J. Connelly, Asst. U. S. Atty., for appellant.

William W. Essling, St. Paul, Minn., for appellee.

PER CURIAM.

Appeal from District Court dismissed for failure to prosecute appeal on Court's own motion.

**UNITED STATES**

v.

**Jon L. NEIMAN et al.**

**No. 17371.**

United States Court of Appeals
Eighth Circuit.

Sept. 10, 1963.

Ramsey Clark, Asst. Atty. Gen., Roger P. Marquis, Chief, Appellate Section, Hugh Nugent, Atty., and Theodore L. Richling, U. S. Atty., for appellant.

Charles M. Bosley and Robt. C. Bosley, Hayes Center, Neb., for appellee.

PER CURIAM.

Appeal from District Court dismissed on motion of appellant.